**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-0977

Dr. Ralph Slaughter

- - Versus - -

Louisiana State Employees Retirement System

19th Judicial District Court
Case #: 612525
East Baton Rouge Parish

On Application for Rehearing filed on 06/15/2020 by Dr. Ralph Slaughter

Rehearing ___denied___

_____
Page McClendon

_____
Jewel E. "Duke" Welch

_____
Guy Holdridge

Date **JUL 0 8 2020**

_____
Rodd Naquin, Clerk